# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERT V. RAMOS, | ) | Case No. EDCV 19-00794-DMG (JEM) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| ANDREW M. SAUL, Commissioner of Social Security Administration, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. (Doc. # 15.) Plaintiff has filed Objections, and the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Plaintiff has objected.

Plaintiff's Objection that the left knee should have been found to be a severe impairment (Doc. # 17 at 2:6-7) was fully addressed in the Report and Recommendation (Doc. # 15 at pp. 9-11) and supported by the Commissioner. (Response, Doc. # 21 at pp. 2-3.) The Court accepts the findings and recommendations of the Magistrate Judge.

The Court also denies Plaintiff's Request to Submit New and Material Evidence. (Doc. # 18). As the Commissioner observes (Doc. # 21 at pp. 3-4), the new evidence, a Notice of Award for the period after the date of decision of this case, is for a different time period and

different medical evidence from that different time period. See <u>Bruton v. Massanari</u>, 268 F.3d 824, 827 (9th Cir. 2001).

**IT IS HEREBY ORDERED** that Judgment shall be entered AFFIRMING the Commissioner's decision to deny Social Security Disability Insurance benefits to Plaintiff and DISMISSING this action with prejudice.

DATED: October 1, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE